# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DABIN JEON** | Case No.: 1:24-cr-00026-LEW |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Cyberstalking)

From about October 2021, the exact date being unknown, until about December 2022, in the District of Maine and elsewhere, the defendant,

**DABIN JEON**

with the intent to injure, harass, and intimidate another person, namely, V-1, used facilities of interstate and foreign commerce, including electronic communication systems and services, to engage in a course of conduct, specifically, the sending of text messages, digital images and videos, and other electronic communications to V-1, that caused, attempted to cause, or would be reasonably expected to cause, substantial emotional distress to V-1 and immediate family members.

All in violation of Title 18, United States Code, Sections 2261A(2)(B).

## COUNT TWO
(Interstate Communications)

On about November 24, 2022, in the District of Maine and elsewhere, the defendant,

**DABIN JEON**

knowingly, willfully, and recklessly transmitted in interstate commerce a communication containing a threat to injure another. Specifically, the defendant made a telephone call from the state of New York to the state of Maine in which he made threats to harm the friends and family of V-1.

All in violation of Title 18, United States Code, Section 875(c).

Date: 3/7/24

_____
Joel B. Casey
Assistant U.S. Attorney

A True Bill,

Signature Redacted – Original on file with the Clerk's Office

_____
Grand Jury Foreperson