### Synopsis

| | |
|---|---|
| **Name:** | Dabin Jeon |
| **Address:** (City & State Only) | Queens, NY |
| **Year of Birth and Age:** | 1994/30 |
| **Violations:** | **Count 1**: Cyberstalking. 18 U.S.C. §2261A(2)(B).<br><br>**Count 2**: Interstate Communications. 18 U.S.C. §875(c). |
| **Penalties:** | **Counts 1 and 2**: A term of imprisonment of not more than 5 years, a fine not to exceed $250,000, or both. 18 U.S.C. §2261(b)(5); 18 U.S.C. §3571(b)(3). |
| **Supervised Release:** | **Counts 1 and 2**: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1 and 2**: Not more than two years. 18 U.S.C.§ 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1 and 2**: Two years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. §3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | FBI/Jose Rodriguez-Aguilar |
| **Detention Status:** | Arrest warrant to issue |
| **Foreign National:** | Dual citizen |
| **Foreign Consular Notification Provided:** | No |
| **County:** | Somerset |
| **AUSA:** | Raphaelle A. Silver |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |

[stamp: SECRET]
[stamp: 2024 MAR -7 P 4:30 DEPUTY CLERK]

| Corporate Victims Owed Restitution? Y/N | N/A |
|---|---|
| Assessments: | $100.00 |