# UNITED STATES DISTRICT COURT
for the
District of Maine

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DABIN JEON | ) | Case No. 1:24-cr-00026-LEW |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

*Received & Filed 2024 MAR -7 P 5:44, Deputy Clerk*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DABIN JEON, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1-Cyberstalking; 18:2261A(2)(B)
Count 2-Interstate Communications; 18:875(c)

Date: 03/07/2024

*A TRUE COPY ATTEST: Christa K. Berry, Clerk By: [signature] Deputy Clerk*

*Issuing officer's signature*

City and state: Bangor, Maine

Margaret Melanson, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*