**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:24-cr-00026-SDN |
| DABIN JEON | |

## PROSECUTION VERSION OF THE OFFENSE

From about October 2021 until about December 2022, the defendant, Dabin Jeon, with the intent to injure, harass, and intimidate V-1, used facilities of interstate or foreign commerce, including electronic communication systems and services, to engage in a course of conduct that caused, attempted to cause, or would be reasonably be expected to cause, substantial emotional distress to V-1, her friends, and immediate family members, in violation of Title 18, U.S.C. section 2261A(2)(B).

In February 2019, the defendant and V-1 met through an online application and began a long-distance romantic relationship. At that time, both the defendant and V-1 resided in New York. The two communicated frequently via text messages, phone calls, and on SnapChat. The defendant began asking V-1 for financial help and V-1 began providing it to him. In October 2021, V-1 moved back to Maine and informed the defendant that she could no longer afford to keep sending him money. In response to this, the defendant threatened to rape V-1's mother, send explicit pictures he took of V-1 to her employer, friends, and family, and threatened to harm V-1's grandparents. V-1 continued sending money to the defendant.

The defendant also demanded that V-1 account for her whereabouts, her schedule, and he gave her tasks to complete. V-1 would send the defendant screen shots of the tasks or requests she had completed as a way of appeasing the defendant. If the

defendant believed V-1 was defying his requests, he would refer and remind her of the previous threats he made. He referred to these threats as the "list" or "situation."

In December 2022, several of V-1's friends and family members received text messages containing clothed and unclothed pictures of V-1. The person sending the messages claimed to be V-1 and offered approximately six other phone numbers via text message with the opportunity to support V-1's alleged Only Fans account. To prove it was V-1 sending the photographs, the person sent a picture of V-1's driver's license. Agents reviewed records provided by the service providers associated with the phone numbers and traced most of the numbers back to accounts opened by the defendant.

In December 2022, all communication between the two subsequently ceased.

Had this case proceeded to trial, the Government would have proven the above facts through witness testimony, including testimony from V-1, electronic evidence, and business records. The evidence would have been sufficient to prove beyond a reasonable doubt the charge contained in Count One of the Indictment.

Dated this 9th day of September 2025.

                    Respectfully submitted,

                    Craig M. Wolff
                    Acting United States Attorney

                    */s/Raphaelle A. Silver*
                    Raphaelle A. Silver
                    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on September 9, 2025, I electronically filed the Government's Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

David Bate, Esq.

      CRAIG M. WOLFF
      Acting United States Attorney

      */s/Raphaelle A. Silver*
      Assistant U.S. Attorney
      United States Attorney's Office
      202 Harlow Street, Suite 111
      Bangor, ME 04401
      (207) 945-0373
      Raphaelle.silver@usdoj.gov